**Allison STEWART, Individually and as Representative of the Estate of Troy Stewart, Stephanie Stewart and Natasha Stewart; Nicole Stewart, Plaintiffs–Appellants**

v.

**CITY OF CORPUS CHRISTI, TEXAS; Mike Wertanen, Individually; Brandon Cordell, Individually, Defendants–Appellees.**

No. 13–40710.

United States Court of Appeals,
Fifth Circuit.

April 29, 2014.

Christopher John Gale, Gale, Wilson & Sanchez, P.L.L.C., San Antonio, TX, for Plaintiffs–Appellants.

John B. Martinez, Robert C. Hilliard, Esq., Marion M. Reilly, Hilliard Munoz Gonzales, L.L.P., Mark William Dekoch, City of Corpus Christi Legal Department, Corpus Christi, TX, for Defendants-Appellees.

Before KING, SOUTHWICK, and GRAVES, Circuit Judges.

PER CURIAM: [*]

AFFIRMED. *See* 5th Cir. R. 47.6.

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.